UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SCHMIDT,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF PASADENA et al.,<br><br>    Defendants. | No. 2:21-CV-08769-JAK (JCx)<br><br>**ORDER RE JUDGMENT**<br><br>**JS-6: CASE TERMINATED** |

**JUDGMENT IS HEREBY ENTERED** as follows:

1. Judgment is entered forthwith in favor of Defendants City of Pasadena, Victor Gordo, Steve Mermell, Alexander Souto, Jennifer Curtis, and Kristen Hunsberger (collectively, "the City Defendants");

2. Plaintiff shall take nothing by way of his Fourth Amended Complaint; and

3. Following entry of judgment, the City Defendants may apply to the Clerk of the Court for an award of costs as the prevailing party pursuant to Fed. R. Civ. P. 54(d) and L.R. 54-1.

**IT IS SO ORDERED.**

Date:  January 16, 2025

_____

John A. Kronstadt
United States District Judge

2